**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

In re:

OTERO COUNTY HOSPITAL ASSOCIATION, INC.,

    Debtor.

No. 11-13686-j11

_____

QUORUM HEALTH RESOURCES, LLC

    Appellant,

v.

CV No. 18-268 WJ/CG

IVAN S. JACKSON,

    Appellee.

## ORDER EXTENDING DEADLINE TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Stipulation to Stay Appeal*, (Doc. 10), filed September 13, 2018, wherein the parties ask the Court for an extension of the deadline to submit closing documents to October 31, 2018. The Court, having reviewed the parties' stipulation, and being otherwise fully informed, finds that the parties' request for an extension of time to submit closing documents is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **October 31, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE