# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

In re:

OTERO COUNTY HOSPITAL ASSOCIATION, INC.,

    Debtor.

                                                                                       No. 11-13686-j11

_____

QUORUM HEALTH RESOURCES, LLC

    Appellant,

  v.                                                            CV No. 18-268 WJ/CG

IVAN S. JACKSON,

    Appellee.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on review of the record. On September 13, 2018, the Court ordered the parties to submit closing documents by October 31, 2018. (Doc. 11). While this deadline has passed, the parties have not filed closing documents or requested an extension from the Court.

**IT IS THEREFORE ORDERED** that, on or before **November 26, 2018**, the parties shall notify the Court in writing why closing documents were not timely filed. A failure to do so by the ordered date may result in a hearing to show cause.

**IT IS SO ORDERED.**

                                                  _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE