**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

In re:

OTERO COUNTY HOSPITAL ASSOCIATION, INC.,

    Debtor.

                                                                                                     No. 11-13686-j11

_____

QUORUM HEALTH RESOURCES, LLC

    Appellant,

  v.                                                                                     CV No. 18-268 WJ/CG

IVAN S. JACKSON,

    Appellee.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 12), filed November 9, 2018. The Court ordered the parties to notify the Court in writing why closing documents were not submitted by the October 31, 2018 deadline. (Doc. 11). The parties have since filed a stipulation of dismissal, (Doc. 13).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 5), is **QUASHED.**

                                                    _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE